

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 16, 2017

By Hand and ECF                           Submitted *Ex Parte* and Under Seal

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    In re the Appointment of Pamela K. Chen as Special Master
                Miscellaneous Docket No. 17-1302 (PKC)

Dear Judge Chen:

        In accordance with the Court's June 15, 2017 order, the government respectfully encloses herewith proposed redacted versions of its June 9 and June, 2014 letters, originally filed ex parte and under seal in Miscellaneous Docket No. 17-1282 (PKC).  The government files this letter under seal and ex parte except as to counsel for the defendant.

                                   Respectfully submitted,

                                    BRIDGET M. ROHDE
                                    Acting United States Attorney

                  By:    /s/
                                    Evan M. Norris
                                    G. Karthik Srinivasan
                                    Temidayo Aganga-Williams
                                    Assistant U.S. Attorneys
                                    (718) 254-7000

Encl.

cc:    Clerk of Court (PKC) (by ECF)
       Counsel for Felix Sater (by email)