

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Robert S. Wolf
Direct: 212.554.7825
rwolf@mosessinger.com

June 24, 2017

**VIA ECF**

Hon. Pamela K. Chen
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        **Re:**  *In Re Public Docket - the Appointment of Pamela K. Chen as Special Master,* **17-MC-1302 (PKC)**

Dear Judge Chen,

    We submit this letter on behalf of John Doe and join in the Government's opposition to the motion to unseal Mr. Doe's PSR. The applicable District Court and Second Circuit Decisions are controlling in this matter and prohibit disclosure of the PSR. Additionally, the Second Circuit's Order appointing this Court as Special Master neither authorizes nor justifies reconsideration of the Circuit's prior Orders.

    Unfortunately, due to prior weekend commitments, we were unable to file this letter by 5:00 PM and request that it be accepted by the Court. We regret any inconvenience.

    The Court's consideration is greatly appreciated.

                                       Respectfully,

                                       /S/ Robert S. Wolf

                                       Robert S. Wolf