# EXHIBIT A
# Public Docket, 17-mc-1302 (PKC)

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
|---|---|---|---|---|
| 05/02/2017 | 1 | Mandate - Judge Pamela K. Chen of the Eastern District of New York is hereby substituted as special master regarding the pending motion to unseal in the captioned cases, pursuant to the authority granted in our Order of April 10, 2017. The motion to unseal remains DEFERRED pending a review of the matter by Judge Chen, who is to file a report with this Court regarding the matter by June 1, 2017, subject to any request by Judge Chen for an extension of time to complete this assignment. (Marziliano, August) (Entered: 05/02/2017) | Sealed | Fully Unseal |
| 05/08/2017 | 2 | First MOTION for Leave to Electronically File Document under Seal by DCReport.org, et al, Who WhatWhy.org, WiseLawNY. (Kaufman, Henry) (Entered: 05/08/2017) | Sealed | Fully Unseal |
| 06/12/2017 | 3 | NOTICE by Richard Behar, Forbes Media LLC *of Appearance of John Langford As Additional Counsel* (Brown, Jay) (Entered: 06/12/2017) | Already Unsealed | None |
| 06/14/2017 | 4 | NOTICE of Appearance by Richard E. Lerner on behalf of Richard Roe (notification declined or already on case) (Lerner, Richard) (Entered: 06/14/2017) | Already Unsealed | None |
| 06/14/2017 | 5 | MEMORANDUM in Opposition re Scheduling Order, *Objecting to the Government and Doe Filing Ex Parte, Sealed Responses and to a Sealed Hearing* filed by Richard Behar, Forbes Media LLC. (Brown, Jay) (Entered: 06/14/2017) | Sealed | Fully Unseal |
| 06/14/2017 | 6 | NOTICE of Appearance by Frederick Martin Oberlander on behalf of Rafael Cohen (atty to be noticed) (Oberlander, Frederick) (Entered: 06/14/2017) | Already Unsealed | None |
| 06/14/2017 | 7 | MOTION to Strike (Responses due by 6/15/2017), MOTION to Substitute Attorney, MOTION to Substitute Party , MOTION for Summary Judgment (Responses due by 6/15/2017), MOTION to Take Deposition, MOTION for Temporary Restraining Order, MOTION to | Sealed | Unseal with Redactions - Refiled as Public Docket, Dkt. 40 |

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
|---|---|---|---|---|
| | | Unseal Case, MOTION to Unseal Document by Richard Roe. (Lerner, Richard) (Entered: 06/14/2017) | | |
| 06/14/2017 | 8 | Letter *to the Honorable Pamela K. Chen* by Richard Behar, Forbes Media LLC (Brown, Jay) (Entered: 06/14/2017) | Sealed | Fully Unseal |
| 06/14/2017 | 9 | REPLY in Opposition Order of June 12 and your Amended Scheduling Order of June 13, in the above-captioned proceeding by the Amici Curiae Investigative Journalists (Marziliano, August) (Entered: 06/14/2017) | Sealed | Fully Unseal |
| 06/14/2017 | 10 | Letter dated June 13, 2017 to Judge Chen from John Riley (Reporter for News day) objecting to Respondents filing their submissions under seal, and ex parte. (See attachment for details) (Basnight, Jasmine) (Entered: 06/14/2017) | Already Unsealed | None |
| 06/15/2017 | 11 | MOTION in Limine *THIS IS NOT A MOTION IN LIMINE IT IS A REQUEST PURSUANT TO FRE 201 TO TAKE JUDICIAL NOTICE, FOR WHICH THERE SEEMS TO BE NO PACER EVENT* by Rafael Cohen, Richard Roe. (Oberlander, Frederick) (Entered: 06/15/2017) | Already Unsealed | None |
| 06/15/2017 | 12 | NOTICE of Appearance by Robert Barnes McFarlane on behalf of John Doe (atty to be noticed) (McFarlane, Robert) (Entered: 06/15/2017) | Already Unsealed | None |
| 06/15/2017 | 13 | REDACTION to 5 Memorandum in Opposition - *Notice of Filing of Proposed Redactions* by Richard Behar, Forbes Media LLC (Attachments: # 1 Exhibit Exhibit A to the Notice of Filing of Proposed Redactions) (Brown, Jay) (Entered: 06/15/2017) | Already Unsealed | None |
| 06/16/2017 | 14 | REDACTION *to June 9, 2017 Letter and June 14, 2017 Chart* by John Doe (Attachments: # 1 Exhibit June 9, 2017 Letter, # 2 Exhibit June 14, 2017 Chart) (Wolf, Robert) (Entered: 06/16/2017) | Already Unsealed | None |
| 06/16/2017 | 15 | Letter *attaching proposed redacted versions of prior filings* by USA (Attachments: # 1 June 9, 2017 Letter, # 2 June 9, 2017 Chart, # 3 June 14, 2017 Letter, # 4 June 14, 2017 Chart) (Norris, Evan) (Attachment 1 replaced on 6/16/2017) (Marziliano, August). (Attachment 2 replaced on 6/16/2017) (Marziliano, August). (Attachment 4 replaced on 6/16/2017) (Marziliano, August). (Attachment 1 replaced on 6/16/2017) (Marziliano, August). (Attachment 2 replaced on 6/16/2017) (Marziliano, August). | Already Unsealed | None |

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
|---|---|---|---|---|
| | | (Attachment 4 replaced on 6/16/2017) (Marziliano, August). (Attachment 1 replaced on 6/19/2017) (Marziliano, August). (Attachment 2 replaced on 6/19/2017) (Marziliano, August) (Entered: 06/16/2017) | | |
| 06/16/2017 | 16 | Letter *explaining why there is no need to redact any information from letter of June 14, 2017* by Richard Roe (Lerner, Richard) (Entered: 06/16/2017) | Already Unsealed | None |
| 06/16/2017 | 17 | MOTION for Leave to Electronically File Document under Seal by DCReport.org, et al, Who WhatWhy.org, WiseLawNY. (Kaufman, Henry) (Entered: 06/16/2017) | Sealed | Fully Unseal |
| 06/16/2017 | 18 | Second MOTION for Leave to Electronically File Document under Seal by DCReport.org, et al, Who WhatWhy.org, WiseLawNY. (Kaufman, Henry) (Entered: 06/16/2017) | Already Unsealed | None |
| 06/19/2017 | 19 | PRETRIAL MEMORANDUM by Richard Roe (Lerner, Richard) (Entered: 06/19/2017) | Already Unsealed | None |
| 06/19/2017 | 20 | REPLY in Support re Scheduling Order, Scheduling Order, *Notice of Filing of Table Compiling Positions on Sealing Judicial Records* filed by Richard Behar, Forbes Media LLC. (Attachments: # 1 Exhibit Exhibit A- Table of Public Docket with Government's and Doe's Positions) (Brown, Jay) (Entered: 06/19/2017) | Already Unsealed | None |
| 06/19/2017 | 21 | NOTICE by USA *to the Court and public regarding courtroom closure* (Norris, Evan) (Entered: 06/19/2017) | Already Unsealed | None |
| 06/19/2017 | 22 | ORDER. Richard Roe's request to unseal document 7 is granted in part. A redacted version of document 7 is attached hereto. Ordered by Judge Pamela K. Chen on 6/19/2017. (Fletcher, Camille) (Entered: 06/19/2017) | Already Unsealed | None |
| 06/20/2017 | 23 | Letter *to the Honorable Pamela K. Chen* by Richard Behar, Forbes Media LLC (Brown, Jay) (Entered: 06/20/2017) | Sealed | Fully Unseal |
| 06/20/2017 | 24 | Letter *per 6.19.17 directive of the court* by Richard Roe (Attachments: # 1 Appendix motion publicly docketed by Judge Glasser, revealing contents of his secret order, # 2 Appendix petition filed with Second Circuit, and publicly docketed there, revealing contents of Judge Glasser's secret order) (Lerner, Richard) (Entered: 06/20/2017) | Already Unsealed | None |

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
|---|---|---|---|---|
| 06/21/2017 | 25 | Third MOTION for Leave to Electronically File Document under Seal by DCReport.org, et al, Who WhatWhy.org, WiseLawNY. (Kaufman, Henry) (Entered: 06/21/2017) | Sealed | Fully Unseal |
| 06/22/2017 | 26 | First MOTION for Extension of Time to File *memorandum regarding the Charmer issue* by Richard Roe. (Lerner, Richard) (Entered: 06/22/2017) | Already Unsealed | None |
| 06/22/2017 | 27 | MEMORANDUM in Support *of Intervenors' Position on Applicability of Charmer, Submitted in Response to June 20, 2017 Scheduling Order* filed by Richard Behar, Forbes Media LLC. (Brown, Jay) (Entered: 06/22/2017) | Sealed | Fully Unseal |
| 06/24/2017 | 28 | AFFIDAVIT/AFFIRMATION by Richard Roe (Attachments: # 1 Exhibit Motion filed before the Supreme Court, # 2 Exhibit Misc Supreme Court Material) (Lerner, Richard) (Entered: 06/24/2017) | Sealed | Unseal with Redactions - Refiled as Public Docket, Dkt. 41 |
| 06/24/2017 | 29 | Letter *re US v. Charmer* by USA (Aganga-Williams, Temidayo) (Entered: 06/24/2017) | Already Unsealed | None |
| 06/24/2017 | 30 | Letter *Re: U.S. v. Charmer* by John Doe (Wolf, Robert) (Entered: 06/24/2017) | Already Unsealed | None |
| 07/07/2017 | 31 | Letter dated 7/7/2017 from C. Collins to Judge Chen the sealing of a Memorandum of Law and its accompanying exhibits previously filed by Richard Lerner. (Abdallah, Fida) (Entered: 07/10/2017) | Already Unsealed | None |
| 07/10/2017 | 32 | MOTION to Unseal Document *27 and 28* by Richard Roe. (Attachments: # 1 Exhibit memo of law and documents deemed public by Judge Cogan, including motion previously filed at U.S. Supreme Court) (Lerner, Richard) (Entered: 07/10/2017) | Sealed | Unseal with Redactions - Refiled as Public Docket, Dkt. 42 |
| 07/17/2017 | 33 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 06/19/2017, before Judge Chen. Court Reporter/Transcriber Rivka Teich, Telephone number 718-613-2268. Email address: rivkateich@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. File redaction request using event "Redaction | Already Unsealed | None |

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
|---|---|---|---|---|
| | | Request – Transcript" located under "Other Filings - Other Documents". Redaction Request due 8/7/2017. Redacted Transcript Deadline set for 8/17/2017. Release of Transcript Restriction set for 10/16/2017. (Teich, Rivka) (Entered: 07/17/2017) | | |
| 10/25/2017 | 34 | NOTICE of Change of Firm Name/Address/Email by Jay Ward Brown (Brown, Jay) (Entered: 10/25/2017) | Already Unsealed | None |