# EXHIBIT B
## Sealed Docket, 17-mc-1282 (PKC)

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
|---|---|---|---|---|
| 05/02/2017 | 1 | Mandate - Judge Pamela K. Chen of the Eastern District of New York is hereby substituted as special master regarding the pending motion to unseal in the captioned cases, pursuant to the authority granted in our Order of April 10, 2017. The motion to unseal remains DEFERRED pending a review of the matter by Judge Chen, who is to file a report with this Court regarding the matter by June 1, 2017, subject to any request by Judge Chen for an extension of time to complete this assignment. (Marziliano, August) (Additional attachment(s) added on 5/2/2017: # 1 Copy of Docket Sheet from Court of Appeals) (Marziliano, August). (Entered: 05/02/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 43 |
| 05/02/2017 | 2 | MOTION to Intervene, MOTION to Unseal Case by Forbes Media LLC and Richard Behar. (Marziliano, August) (Entered: 05/02/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 44 |
| 05/02/2017 | 3 | MOTION for Leave to File *amicus curiae's proposed brief* by DCReport.org, et al. (Marziliano, August) (Entered: 05/02/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 45 |
| 05/02/2017 | 4 | Letter dated 3/31/2017 regarding supplemental information (Marziliano, August) (Entered: 05/02/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 46 |
| 05/02/2017 | 5 | Letter dated 3/30/2017 by Richard Lerner to the United States Court of Appeals. (Marziliano, August) (Entered: 05/02/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 47 |
| 05/02/2017 | 6 | MOTION to Appoint *a Special Master* by USA. (Marziliano, August) Modified on 5/3/2017 (Marziliano, August) (Entered: 05/02/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 48 |
| 05/02/2017 | 7 | MEMORANDUM in Support re 6 MOTION to Appoint Expert *Motion For: Appointment of a Special Master*, Opposition 3 MOTION for Leave to File *amicus curiae's proposed brief*, and 2 MOTION to | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 49 |

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
|---|---|---|---|---|
| | | Intervene MOTION to Unseal Case filed by John Doe. (Marziliano, August) Modified on 5/3/2017 (Marziliano, August) (Entered: 05/02/2017) | | |
| 05/02/2017 | 8 | ORDER issued by the Court of Appeals re 3 MOTION for Leave to File *amicus curiae's proposed brief* (Marziliano, August) (Entered: 05/02/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 50 |
| 05/02/2017 | 9 | ORDER FILED IN COURT OF APPEAL GRANTING re 6 MOTION to Appoint Expert *Motion For: Appointment of a Special Master*, 2 MOTION to Intervene MOTION to Unseal Case (Marziliano, August) (Entered: 05/02/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 51 |
| 05/02/2017 | 10 | Certified Copy issued on 4/10/2017 in Court of Appeals: With the concurrence of the government, the motion to intervene filed by Forbes and Behar is GRANTED. The government's motion for the appointment of a special master pursuant to Federal Rule of Appellate Procedure 48(a) is GRANTED. Judge Brian M. Cogan of the Eastern District of New York is hereby appointed special master, effective immediately. The motion to unseal is DEFERRED pending a review of the matter by Judge Cogan, who is to file a report with this Court regarding this matter by May 1, 2017, subject to any request by Judge Cogan for an extension of time to complete this assignment. (Marziliano, August) (Entered: 05/02/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 52 |
| 05/02/2017 | 11 | Amicus Curiae BRIEF OF INVESTIGATIVE JOURNALISTS, AS AMICI CURIAE, IN SUPPORT OF FORBES MEDIA'S MOTION TO UNSEAL entered by Henry R. Kaufman on behalf of Forbes Media LLC and Richard Behar (Marziliano, August) (Entered: 05/02/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 53 |
| 5/02/2017 | 12 | MOTION to Unseal Document 11 Amicus Curiae Appearance filed by Forbes Media LLC and Richard Behar by Forbes Media LLC and Richard Behar. (Marziliano, August) (Entered: 05/02/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 54 |
| 05/03/2017 | 13 | NOTICE of Appearance by Peter Alfred Norling on behalf of USA (atty to be noticed) (Marziliano, August) (Entered: 05/03/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 55 |

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
|---|---|---|---|---|
| 05/03/2017 | 14 | NOTICE of Appearance by Evan M. Norris on behalf of USA (atty to be noticed) (Marziliano, August) (Entered: 05/03/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 56 |
| 05/03/2017 | 15 | NOTICE of Appearance by Girish Karthik Srinivasan on behalf of USA (atty to be noticed) (Marziliano, August) (Entered: 05/03/2017) | Sealed | Fully Unseal - Refiled as Public Dkt. 57 |
| 05/03/2017 | 16 | NOTICE of Appearance by Robert S. Wolf on behalf of John Doe (notification declined or already on case) (Marziliano, August) (Entered: 05/03/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 58 |
| 05/23/2017 | 17 | Letter MOTION for Extension of Time to File *their supplemental responses, ex parte and under seal, addressing each document and/or docket entry that the intervenors wish to unseal* by USA. (Attachments: # 1 Sealing Cover Sheet) (Marziliano, August) (Entered: 05/23/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 59 |
| 06/07/2017 | 18 | Letter MOTION for Extension of Time to File Response/Reply *until June 9, 2017* by USA. (Fernandez, Erica) (Entered: 06/07/2017) | Sealed | Fully Unseal - Refiled as Public Docket, Dkt. 60 |
| 06/09/2017 | 19 | RESPONSE to Motion re 2 MOTION to Intervene MOTION to Unseal Case filed by John Doe. (Wolf, Robert) (Entered: 06/09/2017) | Sealed | Unseal with Redactions - Refiled as Public Docket, Dkt. 61 |
| 06/13/2017 | 20 | Letter June 9, 2017 from Evan M. Norris, G. Karthik Srinivasan and Temidayo Aganga-Williams to Judge Chen providing its position with regard to the continued sealing of the Second Circuit documents and docket entries at issue in these proceedings. (Marziliano, August) (Additional attachment(s) added on 6/14/2017: # 1 1, # 2 2, # 3 4, # 4 5, # 5 7, # 6 9, # 7 10, # 8 11, # 9 19, # 10 21, # 11 26, # 12 27, # 13 30, # 14 32, # 15 41, # 16 45, # 17 50, # 18 52, # 19 55-1, # 20 55-2, # 21 55-3, # 22 55-4, # 23 61, # 24 63, # 25 64, # 26 66, # 27 73, # 28 74, # 29 77, # 30 80, # 31 82, # 32 84, # 33 85-1, # 34 85-2, # 35 88, # 36 94, # 37 96, # 38 98, # 39 99, # 40 102, # 41 103, # 42 104, # 43 109, # 44 110, # 45 114, # 46 117, # 47 124, # 48 128, # 49 135, # 50 140, # 51 141, | Sealed | Unseal Letter with Redactions - Refiled as Public Docket, Dkt. 62; Exhibits Remain Under Seal |

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
|---|---|---|---|---|
| | | # 52 142-1, # 53 142-2, # 55 142-3, # 56 143-1, # 57 143-2, # 58 143-3, # 59 143-4, # 60 148, # 61 149, # 62 150, # 63 170, # 64 175, # 65 176, # 66 177, # 67 178, # 68 179,183-1, # 69 179,183-2, # 70 180, # 71 185, # 72 189, # 73 192, # 74 194, # 75 195, # 76 198, # 77 201, # 78 204, # 79 209, # 80 217-218, # 81 220, # 82 224, # 83 225, # 84 230, # 85 234, # 86 236, # 87 242, # 88 250, # 89 253, # 90 255, # 91 256, # 92 259-1, # 93 259-2, # 94 259-3, # 95 262, # 96 266, # 97 269, # 98 278, # 99 281, # 100 283, # 101 286, # 102 295, # 103 296, # 104 298, # 105 303, # 106 306, # 107 309, # 108 314, # 109 316, # 110 317, # 111 319, # 112 327, # 113 328, # 114 330, # 115 335, # 116 337, # 117 338, # 118 341, # 119 343, # 120 347, # 121 359, # 122 360, # 123 361, # 124 376) (Marziliano, August) Modified on 6/14/2017 (Marziliano, August) (Additional attachment(s) added on 6/14/2017: # 125 182) (Marziliano, August) (Entered: 06/13/2017) | | |
| 06/16/2017 | 21 | Letter dated 6/14/2017 from Evan Norris, G. Karthik Srinivasan and Temidayo Agabga-Williams to the Honorable Pamela K. Chen submitting supplemental letter in response to the Court's Amended Order dated June 12, 2017. (Attachments: # 1 Attachment) (Marziliano, August) (Additional attachment(s) added on 6/16/2017: # 2 32, # 3 45, # 4 55, # 5 64, # 6 66, # 7 85, # 8 94, # 9 128, # 10 140, # 11 141, # 12 142 (JA 95-102), # 13 142 (JA 95-102), # 14 142 (JA 131-146), # 15 142 (JA 298-465), # 16 142 (JA 466-581), # 17 142 (JA 582-590), # 18 143 (JA 625-641), # 19 143 (JA 652-672), # 20 143 (JA 734-738), # 21 143 (JA 815-820), # 22 143 (JA 835-848), # 23 143 (JA 911-918), # 24 143 (JA 911-918), # 25 179, 183, # 26 266, # 27 286, # 28 306, # 29 314, # 30 328, # 31 330, # 32 337, # 33 347) (Marziliano, August). (Additional attachment(s) added on 6/20/2017: # 34 309 (Marziliano, August) Modified on 6/20/2017 (Marziliano, August) (Entered: 06/16/2017) | Sealed | Unseal Letter and Attachment 1 with Redactions – Refiled as Public Docket, Dkt. 63; Exhibits Remain Under Seal |
| 06/20/2017 | 22 | Letter MOTION for Extension of Time to File *Supplemental Submission* by John Doe. (Wolf, Robert) (Entered: 06/20/2017) | Sealed | Fully Unseal – Refiled as Public Docket, Dkt. 64 |

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
| --- | --- | --- | --- | --- |
| 06/20/2017 | 23 | Letter *dated 6/20/2017* by USA (Aganga-Williams, Temidayo) (Entered: 06/20/2017) | Sealed | Unseal with Redactions – Refiled as Public Docket, Dkt. 65 |
| 06/21/2017 | 24 | Letter *dated 6/21/2017 from Evan Norris, G. Karthik Srinivasan and Temidayo Aganga-Williams to the Honorable Pamela K. Chen* by USA (Aganga-Williams, Temidayo) (Entered: 06/21/2017) | Sealed | Unseal with Redactions – Refiled as Public Docket, Dkt. 66 |
| 06/21/2017 | 25 | Letter *Supplementing Mr. Doe's Position with Regard to Certain Documents* by John Doe (Attachments: # 1 Exhibit A - Order dtd. 6/16/2016, # 2 Exhibit B - Order dtd. 8/10/2016, # 3 Exhibit C - Redacted Original Complaint, # 4 Exhibit D - Letter dtd. 6/13/2016 Detailing Proposed Redactions) (Wolf, Robert) (Entered: 06/21/2017) | Sealed | Unseal Letter with Redactions – Refiled as Public Docket 67; Exhibits Fully Unseal |
| 06/23/2017 | 26 | Letter dated 6/21/2017 from Richard Lerner to Judge Chen, regarding Richard Roe's proposed redactions relating to the February 11, 2011 letter and declaration. (Abdallah, Fida) (Additional attachment(s) added on 6/23/2017: # 1 Redacted Letter and Declaration dated 2/11/2011) (Abdallah, Fida) (Entered: 06/23/2017) | Sealed | Fully Unseal Letter and Attachment – Refiled as Public Docket, Dkt. 68 |
| 06/27/2017 | 27 | Letter *Second Supplemental Post-Hearing Letter re Unsealing* by USA (Attachments: # 1 #53, # 2 #271, # 3 #368) (Aganga-Williams, Temidayo) (Entered: 06/27/2017) | Sealed | Fully Unseal Letter – Refiled as Public Docket, Dkt. 69; Exhibits Remain Under Seal |
| 06/27/2017 | 28 | Letter *to Judge Chen RE: Newly Identified/Located Documents* by John Doe (Wolf, Robert) (Entered: 06/27/2017) | Sealed | Fully Unseal – Refiled as Public Docket, Dkt. 70 |
| 06/27/2017 | 29 | Letter *submitted ex parte and under seal for in camera review* by USA (Norris, Evan) (Entered: 06/27/2017) | Sealed | Unseal with Redactions – |

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
| --- | --- | --- | --- | --- |
| | | | | Refiled as Public Docket, Dkt. 71 |
| 06/28/2017 | 30 | ORDER: The attached document reflects the Court's determination re the parties' proposed redactions. The government shall by Thursday, June 29, 2017 at 1 p.m., produce to the Court two (2) discs containing all the documents on Dkt. 10-2905 that the parties reviewed, including the newly discovered documents. The documents which should be redacted or kept under seal in their entirety, should appear in a manner similar to the parties' prior submissions, where the redacted text is highlighted but remains visible. The redactions shall comport with the Court's determination as described in the attached document. The parties shall bates stamp the redacted documents with the prefix "SM" ("SM" for Special Master). The bates stamp shall be internalized to each redacted document. The government shall also produce two (2) hard copies of each document. Ordered by Judge Pamela K. Chen on 6/28/2017. (Fletcher, Camille) Modified on 6/28/2017 (Marziliano, August). Modified on 6/28/2017 (Marziliano, August) (Entered: 06/28/2017) | Sealed | Fully Unseal – Refiled as Public Docket, Dkt. 72 |
| 06/29/2017 | 31 | Letter *submitted in accordance with the Court's orders of June 28, 2017* by USA (Norris, Evan) (Entered: 06/29/2017) | Sealed | Unseal with Redactions – Refiled as Public Docket, Dkt. 73 |
| 06/29/2017 | 32 | Letter *amending and superseding the letter filed by the government earlier today* by USA (Norris, Evan) (Entered: 06/29/2017) | Sealed | Unseal with Redactions – Refiled as Public Docket, Dkt. 74 |
| 06/30/2017 | 33 | Letter *Re: Newly Identified Documents* by John Doe (Wolf, Robert) (Entered: 06/30/2017) | Sealed | Fully Unseal – Refiled as Public Docket, Dkt. 75 |
| 07/03/2017 | 34 | Letter *enclosing proposed redacted document* by USA (Attachments: # 1 Exhibit 142 (JA 466-581)) (Norris, Evan) (Entered: 07/03/2017) | Sealed | Fully Unseal – Refiled as Public Docket, Dkt. 76; |

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
|---|---|---|---|---|
| | | | | Exhibit Remains Under Seal |
| 07/03/2017 | 35 | Letter *providing DVDs of all documents and hard copies of Document 142 (JA 466-581)* by USA (Norris, Evan) (Additional attachment(s) added on 8/31/2017: # 1 1, # 2 2, # 3 4, # 4 5, # 5 7, # 6 9, # 7 10, # 8 11, # 9 19, # 10 21, # 11 26, # 12 30, # 13 32-r, # 14 36-r, # 15 41) (Marziliano, August). (Additional attachment(s) added on 8/31/2017: # 16 45-r, # 17 50, # 18 52, # 19 53, # 20 55-r Part 1, # 21 55 - R_Part2.pdf, # 22 55 - R_Part3.pdf, # 23 55 - R_Part4.pdf, # 24 61, # 25 63, # 26 55 - R_Part4.pdf, # 27 66 - R.pdf) (Marziliano, August). (Additional attachment(s) added on 8/31/2017: # 28 73, # 29 74, # 30 77, # 31 80, # 32 82, # 33 84, # 34 85 - R_Part1.pdf, # 35 85 - R_Part2.pdf, # 36 88, # 37 94 - R.pdf, # 38 96) (Marziliano, August). (Additional attachment(s) added on 8/31/2017: # 39 98, # 40 99, # 41 102, # 42 103, # 43 104, # 44 109, # 45 110, # 46 114, # 47 117, # 48 124, # 49 94 - R.pdf, # 50 135, # 51 140 - R.pdf, # 52 141 - R.pdf) (Marziliano, August). (Additional attachment(s) added on 8/31/2017: # 53 142 (JA 1-6).pdf, # 54 142 (JA 7-10).pdf, # 55 142 (JA 11-94).pdf, # 56 142 (JA 95-102).pdf, # 57 142 (JA 103-116) - R.pdf, # 58 142 (JA 103-116) - R.pdf, # 59 142 (JA 131-146) - R.pdf, # 60 142 (JA 147-240).pdf, # 61 142 (JA 241-297).pdf, # 62 142 (JA 298-465) - R.pdf, # 63 142 (JA 466-581) - R.pdf, # 64 142 (JA 582-590) - R.pdf, # 65 142 (JA 591-620).pdf, # 66 143 (JA 621-624).pdf) (Marziliano, August). (Additional attachment(s) added on 8/31/2017: # 67 143 (JA 625-641) - R.pdf, # 68 143 (JA 642-651).pdf, # 69 143 (JA 642-651).pdf, # 70 143 (JA 673-733).pdf, # 71 143 (JA 734-738) - R.pdf, # 72 143 (JA 734-738) - R.pdf, # 73 143 (JA 734-738) - R.pdf, # 74 143 (JA 821-834).pdf, # 75 143 (JA 835-848) - R.pdf, # 76 143 (JA 849-910).pdf, # 77 143 (JA 911-918) - R.pdf, # 78 143 (JA 919-937).pdf) (Marziliano, August). (Additional attachment(s) added on 8/31/2017: # 79 143 (JA 938-947) - R.pdf, # 80 143 (JA 938-947) - R.pdf, # 81 143 (JA 1037-1137).pdf, # 82 143 (JA 1037-1137).pdf, # 83 148, | Sealed | Fully Unseal Letter – Refiled as Public Docket, Dkt. 77; Exhibits Remain Under Seal |

| Filing Date | Dkt. No. | Document Description | Sealing Status | Court Action |
|---|---|---|---|---|
| | | # 84 149, # 85 150, # 86 170, # 87 175, # 88 176, # 89 177, # 90 178) (Marziliano, August). (Additional attachment(s) added on 8/31/2017: # 91 179 - R_Part1.pdf, # 92 179 - R_Part1.pdf, # 93 180, # 94 182, # 95 183 - R_Part1.pdf, # 96 183 - R_Part2.pdf, # 97 185, # 98 189, # 99 192, # 100 194, # 101 195, # 102 198, # 103 201, # 104 204, # 105 209, # 106 217, # 107 218, # 108 220, # 109 224, # 110 225, # 111 230, # 112 236, # 113 242, # 114 243, # 115 245, # 116 250, # 117 253, # 118 255, # 119 256, # 120 259_Part1.pdf, # 121 259_Part2.pdf, # 122 259_Part3.pdf, # 123 262, # 125 266 - R.pdf, # 126 269) (Marziliano, August). (Additional attachment(s) added on 8/31/2017: # 127 271, # 128 278, # 129 281, # 130 283, # 132 290, # 133 295, # 134 296, # 135 298, # 136 303, # 137 306 - R.pdf, # 138 309 - S.pdf) (Marziliano, August). (Additional attachment(s) added on 8/31/2017: # 139 314 - R.pdf, # 140 316, # 141 317, # 142 319, # 143 327, # 144 328, # 145 330 - S.pdf, # 146 335, # 147 337 - R.pdf, # 148 338, # 149 341, # 150 343, # 151 347 - R.pdf, # 152 359, # 153 360, # 154 361, # 155 362, # 156 366, # 157 368, # 158 370, # 159 371, # 160 373, # 161 374, # 162 376) (Marziliano, August) (Entered: 07/03/2017) | | |
| 09/06/2017 | 36 | *SEALED* (Ex Parte) Letter *regarding Special Master Report* by USA (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Aganga-Williams, Temidayo) (Entered: 09/06/2017) | Sealed | Fully Unseal Letter – Refiled as Public Docket, Dkt. 78; Exhibits Remain Under Seal |
| 09/14/2017 | 37 | *SEALED* (Ex Parte) Letter *regarding Special Master Report* by USA (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Aganga-Williams, Temidayo) (Entered: 09/14/2017) | Sealed | Fully Unseal – Refiled as Public Docket, Dkt. 79 |