

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Robert S. Wolf
Direct: 212.554.7825
rwolf@mosessinger.com

June 27, 2017

**VIA ECF**

**SUBMITTED *EX PARTE* AND UNDER SEAL**

Hon. Pamela K. Chen
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   **Re:** *In re the Appointment of Pamela K. Chen as Special Master,* **17-MC-1282 (PKC)**

Dear Judge Chen:

  We submit this letter on behalf of John Doe and join in the Government's position, as set forth in its letter filed earlier today, as to the newly identified/located documents that the Court provided to the parties last night.

  We respectfully request that, pursuant to the Second Circuit's prior orders and this Court's May 10, 2017 order, this letter be filed under seal and *ex parte* except as to the Government.

  The Court's consideration is greatly appreciated.

            Respectfully,

            S/

            Robert S. Wolf