

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GKS/TAW

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 14, 2017

By ECF

Submitted *Ex Parte* and Under Seal

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    In re the Appointment of Pamela K. Chen as Special Master
               Miscellaneous Docket No. 17-1282 (PKC)

Dear Judge Chen:

       The government respectfully submits this letter pursuant to the Court's Order dated September 11, 2017.  As directed, the government submits herewith the four operative documents comprising the Court's Special Master Report, which have been updated to reflect the Court's requested changes to the government's proposed redactions.  The government has also applied permanent redactions, as directed by this Court.  Finally, the government will email a copy of the documents to Chambers, as it has done with prior submissions.  The government respectfully requests that, pursuant to the Second Circuit's August 23, 2017 order, this letter be filed under seal and ex parte.

                                           Respectfully submitted,

                                           BRIDGET M. ROHDE
                                           Acting United States Attorney

                    By:     /s/
                                           G. Karthik Srinivasan
                                           Temidayo Aganga-Williams
                                           Assistant U.S. Attorneys
                                           (718) 254-7000

Encl.

cc:     Clerk of Court (PKC) (by ECF)